IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 09-cv-00443-CMA-CBS

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

WEAVER-BEATTY MOTOR COMPANY
d/b/a EMPIRE LAKEWOOD NISSAN,

    Defendant.

## ORDER OF DISMISSAL

This matter is before the Court on the parties' Joint Stipulated Motion For Dismissal (Doc. # 17). Pursuant to Fed.R.Civ.P. 41(a)(1) and the Stipulation, the Court hereby

ORDERS that this action is DISMISSED, each party to pay its own attorneys' fees and costs.

DATED: August __25__, 2009

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Court Judge